# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLYN B. KURZ** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-2129** |
| **v.** | : | |
| | : | |
| **HOLIDAY HOSPITALITY** | : | |
| **FRANCHISING, LLC,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 7th day of October 2019, upon consideration of Defendants' *motion to dismiss for lack of personal jurisdiction*, [ECF 6], Plaintiff's opposition thereto, [ECF 7], and the allegations contained in the first amended complaint, [ECF 3], it is hereby **ORDERED** that Defendants' motion to dismiss is **GRANTED**, and this matter is dismissed for lack of personal jurisdiction. The Clerk of Court is directed to mark this matter **CLOSED**.

                          **BY THE COURT:**

                          */s/ Nitza I. Quiñones Alejandro*
                          **NITZA I. QUIÑONES ALEJANDRO**
                          *Judge, United States District Court*